UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

NAMAR WILEY,

                Plaintiff,                      Case No. 1:21-cv-483

v.                                        Honorable Robert J. Jonker

HEIDI WASHINGTON et al.,

                Defendants.
_____/

## ORDER

        This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983.  On June 9, 2021, the Court entered an order directing Plaintiff to file an amended complaint on the form required by this Court under Local Civil Rule 5.6(a) (ECF No. 26).  The Court allowed 28 days for Plaintiff to comply.  The Court warned Plaintiff that if he failed to comply, the Court could dismiss his complaint for failure to comply with the local rules and the Court's order.

        More than 28 days have elapsed.  Plaintiff has failed to file an amended complaint on the required form.  Because Plaintiff has wholly failed to comply with the Court's order, the Court will issue a judgment dismissing the case without prejudice for lack of prosecution.  *See In re Alea*, 286 F.3d 378, 380-81 (6th Cir. 2002); *McGore v. Wrigglesworth*, 114 F.3d 601, 604 (6th Cir. 1997).  Plaintiff shall remain liable for the civil action filing fee.

**IT IS SO ORDERED**.


Dated:    August 13, 2021            /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                     CHIEF UNITED STATES DISTRICT JUDGE


**SEND REMITTANCES TO**:

Clerk, U.S. District Court
399 Federal Bldg.
110 Michigan St., N.W.
Grand Rapids, MI 49503


**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**